[Civil No. 432.]

In re Guardianship of the Persons and Estate of AARON
HUGO and HELENITA ZECKENDORF, formerly
Minors, Appellees, v. LOUIS ZECKENDORF, Appel-
lant.

APPEAL from the District Court of the First Judicial
District in and for the County of Pima.   Richard E. Sloan,
Judge.

Affirmed.   171 U. S. 686, 19 S. C. Rep. 882, 43 L. Ed. 1179.

Heney & Ford, for Appellant.

S. M. Franklin, for Appellees.

July 10, 1895.   Reversed.

[Civil No. 439.]

J. D. REYMERT, Appellant, v. PETER JOHNSON, Ap-
pellee.

APPEAL from the District Court of the Second Judicial
District in and for the County of Pinal.   Owen T. Rouse,
Judge.

Joseph Campbell, for Appellee.

July 10, 1895.   Affirmed.

[Civil No. 480.]

C. L. RIGDON et al., Appellants, v. J. J. COTTRELL, Ap-
pellee.

APPEAL from the District Court of the Third Judicial
District in and for the County of Maricopa.   A. C. Baker,
Judge.

J. B. Early, and F. H. Lyman, for Appellants.

Millay & Bennett, for Appellee.

July 11, 1895.   Affirmed.